WILLIAM H. STUBBLEFIELD, *Plaintiff in Error*, v. T. O. WILSON, *Defendant in Error*.

En Banc.

Opinion Filed November 18, 1924.

Where the members of the appellate court are equally divided in opinion as to whether a judgment on writ of error should be reversed or affirmed, and there is no prospect of a change of judicial opinion, the judgment should be affirmed, so that the litigation may not be unduly prolonged.

A Writ of Error to the Circuit Court for Dade County, H. Pierre Branning, Judge.

Judgment affirmed.

*Hudson & Cason* and *Price & Price*, for Plaintiff in Error;

*A. J. Rose*, for Defendant in Error.

PER CURIAM.—In this case the Chief Justice, Mr. Justice Whitfield and Mr. Justice Browne are of the opinion that the judgment should be affirmed, while Mr. Justice Ellis, Mr. Justice West and Mr. Justice Terrell are of opinion that the judgment should be reversed; and there being no prospect of a change of judicial opinion, the judgment should be affirmed on the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 South. Rep. 51, and Pensacola Electric Co. v. Humphreys 61 Fla. 389, 54 South, Rep. 452.

An order will be entered affirming the judgment to which the Writ of Error herein was taken.